FILED: September 19, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2090
(1:17-cv-01603-RDB)

_____

JOSEPH SAVERI LAW FIRM INC., a California corporation; JOSEPH R. SAVERI

        Plaintiffs - Appellees

v.

MICHAEL E. CRIDEN, P.A., d/b/a Criden & Love, P.A., a Florida corporation

        Defendant - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:17-cv-01603-RDB |
| Date notice of appeal filed in originating court: | 09/18/2017 |
| Appellant (s) | Michael E. Criden, P.A. a Florida corporation doing business as Criden & Love, P.A. |
| Appellate Case Number | 17-2090 |
| Case Manager | T. Fischer<br>804-916-2704 |