UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 17-2090 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Michael E. Criden, P.A. d/b/a Criden & Love, P.A.

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Scott H. Phillips
(signature)

Scott H. Phillips
Name (printed or typed)

Semmes, Bowen & Semmes
Firm Name (if applicable)

25 S. Charles Street, Suite 1400

Baltimore, Maryland 21201
Address

410-576-4717
Voice Phone

410-539-5223
Fax Number

sphillips@semmes.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 9/21/17 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| James P. Ulwick, Esquire<br>Kramon & Graham<br>One South Street<br>Baltimore, Maryland 21201 | Robert H. Bunzel, Esquire<br>Charles G. Miller, Esquire<br>Bartko, Zankel, Bunzel & Miller<br>One Emarcadero Center, Suite 800<br>San Francisco, California 94111 |

/s/ Scott H. Phillips
Signature

9/21/17
Date

01/19/2016 SCC