UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of all parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 17-2090          Caption: Joseph Saveri Law Firm, Inc. v. Michael E. Criden, P.A.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Michael E. Criden, P.A. d/b/a Criden & Love, P.A.
(name of party/amicus)

_____

who is _____appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1.    Is party/amicus a publicly held corporation or other publicly held entity?    ☐ YES ☑ NO

2.    Does party/amicus have any parent corporations?    ☐ YES ☑ NO
      If yes, identify all parent corporations, including all generations of parent corporations:

3.    Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?    ☐ YES ☑ NO
      If yes, identify all such owners:

09/29/2016 SCC                          - 1 -

4.   Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(a)(2)(B))? ☐ YES ☑ NO
      If yes, identify entity and nature of interest:

5.   Is party a trade association? (amici curiae do not complete this question)     ☐ YES ☑ NO
      If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.   Does this case arise out of a bankruptcy proceeding?     ☐ YES ☑ NO
      If yes, identify any trustee and the members of any creditors' committee:

Signature: _____          Date: _____9/20/17_____

Counsel for: Michael E. Criden, P.A._____

## CERTIFICATE OF SERVICE
****************************

I certify that on _____9/21/17_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

James P. Ulwick, Esquire                    Robert H. Bunzel, Esquire
Kramon & Graham                             Charles G. Miller, Esquire
One South Street                            Bartko, Zankel, Bunzel & Miller
Baltimore, MD  21201                        One Embaracdero Center, Suite 800
                                            San Francisco, CA 94111

_____               _____9/21/17_____
        (signature)                                  (date)