# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 11, 2017

_____

DOCKETING FORMS
FOLLOW-UP NOTICE
_____

No.    17-2090,    Joseph Saveri Law Firm Inc. v. Michael E. Criden,
P.A.
1:17-cv-01603-RDB

TO:    Charles G. Miller
Robert Harvey Bunzel
James Patrick Ulwick

REQUESTED FORM(S) DUE:  October 16, 2017

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

[x] Appearance of counsel [eFiler status required] on behalf of appellees

T. Fischer, Deputy Clerk
804-916-2704